STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOMAS E. ARTH, DEFENDANT-PETITIONER.

*Messrs. Philo, Rothenberg, Sawyer & Newman* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Arnold B. Levin* for the respondent.

December 9, 1969. Granted.

ARTHUR K. AUGUSTENSEN, PLAINTIFF-RESPONDENT, v. HUCK CO., INC., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Clapp & Eisenberg* for the petitioners.

*Messrs. Hart, Mandis, Rathe, Woodcock & Gross* and *Mr. Mitchell S. Camp* for the respondent.

December 9, 1969. Denied.

COUNTY OF GLOUCESTER, BD. OF CHOSEN FREE-HOLDERS, PLAINTIFFS-RESPONDENTS, v. PUBLIC EM-PLOYMENT RELATIONS COMMISSION AND TEAM-STERS LOCAL UNION NO. 676, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WARE-HOUSEMEN AND HELPERS OF AMERICA, DEFEND-ANTS-PETITIONERS.

See same case below: 107 *N. J. Super.* 150.

*Mr. Theodore A. Winard, Messrs. Plone, Tomar, Parks & Seliger* and *Mr. Robert F. O'Brien* for the petitioners.

*Messrs. Archer, Greiner, Hunter & Read, Mr. Frederick J. Rohloff,* and *Mr. Charles Lee Harp, Jr.* for the respondents.

December 9, 1969. Granted.